IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02645-PSF-CBS

ADAM K. WILLIAMS,

    Plaintiff,

v.

ALPHONSO R. JACKSON, Secretary, Department of Housing and Urban Development,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    This matter is before the Court on a Stipulated Motion to Dismiss (Dkt. # 11) indicating the parties have settled this case.  It is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

    DATED: August 10, 2006